denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

■

**No. 10-11281. Adonis Berle Whitby, Petitioner v. Office of Personnel Management.**

565 U.S. 811, 132 S. Ct. 87, 181 L. Ed. 2d 18, 2011 U.S. LEXIS 6944.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

■

**No. 11-5041. Chantay P. White, Petitioner v. United States.**

565 U.S. 811, 132 S. Ct. 87, 181 L. Ed. 2d 18, 2011 U.S. LEXIS 6660.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

■

**No. 11-5058. Leroy P. Mitchell, Petitioner v. The Dallas Housing Authority.**

565 U.S. 811, 132 S. Ct. 87, 181 L. Ed. 2d 18, 2011 U.S. LEXIS 6805.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24,

2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

■

**No. 11-5073. Edward F. Kinane, et al., Petitioners v. United States.**

565 U.S. 811, 132 S. Ct. 88, 181 L. Ed. 2d 18, 2011 U.S. LEXIS 6862.

October 3, 2011. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

■

**No. 11-5102. Eric A. Klein, Petitioner v. Talkin, Muccigrosso and Roberts, L.L.P.**

565 U.S. 812, 132 S. Ct. 88, 181 L. Ed. 2d 18, 2011 U.S. LEXIS 6646.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Kagan took no part in the consideration or decision of this motion.

■

**No. 11-5149. Larry Welenc, Petitioner v. Florida (two judgments).**

565 U.S. 811, 132 S. Ct. 88, 181 L. Ed. 2d 18, 2011 U.S. LEXIS 6759.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis